PATRICIA C. FREDA v. COMMERCIAL TRUST COMPANY
OF NEW JERSEY, ETC.

January 24, 1989.

Petition for certification granted.

MELVIN KIRSCH, ET AL.

v.

RED STAR EXPRESS LINES, ETC., ET AL.

January 24, 1989.

Petition for certification denied.

EUGENE BANAS, ET AL. v. PAUL GLICKSMAN, M.D., ET AL.

January 24, 1989.

Petition for certification denied.

AARON LAST v. AUDUBON PARK ASSOCIATES, ET AL.

January 24, 1989.

Petition for certification denied.   (See 227 *N.J.Super.* 602)